Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
NATASHIA IONE THOMAS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHIA IONE THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:19-cv-01774-DMC<br><br>STIPULATION AND PROPOSED ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY NATASHIA IONE THOMAS |

The parties hereby stipulate and agree this date of March 3, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **March 7, 2019** to **April 22, 2020** with all other deadlines likewise extended. This is Plaintiff's first extension of time.

The good cause supporting this stipulation includes, but is not limited to, exceedingly large administrative record of 1,235 pages, and current motion status cannot with diligence meet professional standards.




/ / /




/ / /

| WEEMS LAW OFFICES | | McGREGOR W. SCOTT, U.S. Attorney |
| --- | --- | --- |
| | | DEBORAH LEE STACHEL, Regional Chief Counsel, Region IX, Soc. Sec. Admin. |
| | | DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* | By: | */s/ DANIEL P. TALBERT* |
| Robert C. Weems, Attorney for Plaintiff | | Daniel P. Talbert, Sp. Asst. U.S. Attorney, Attorneys for Defendant (by direction for Mr. Talbert from Chantal Jenkins) |

IT IS SO ORDERED.

Dated: March 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE