Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
NATASHIA IONE THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| NATASHIA IONE THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:19-cv-01774-DMC<br><br>STIPULATION AND ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY NATASHIA IONE THOMAS |

   The parties hereby stipulate and agree this date of April 24, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, as amended, ECF No. 17, and that Plaintiff's time to move for summary judgment and/or remand be extended from **April 22, 2020** to **May 6, 2020,** with all other deadlines likewise extended. This is Plaintiff's second extension of time.

   The good cause supporting this stipulation includes, but is not limited to, the large administrative record of 1,235 pages, and that counsel for plaintiff cannot with due diligence complete ongoing revisions and corrections to plaintiff's motion for summary judgment to meet the professional standards of the Court without further extension of the filing deadline.

   ///

1

STIPULATION AND ORDER     Case No. 2:19-cv-01774-DMC

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>  Counsel, Region IX, Soc. Sec. Admin.<br>DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By:  */s/ DANIEL P. TALBERT*<br>Daniel P. Talbert, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant (by direction for Mr.<br>Talbert from Chantal Jenkins) |

**SO ORDERED:**

Dated:  April 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE