# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHIA IONE THOMAS, | No. 2:19-CV-1774-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On May 20, 2020, the Court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution. See ECF No. 20. A review of the docket reflects that plaintiff has now filed her opening brief. See ECF No. 21. Good cause appearing therefor, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: July 20, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1